08cv51
Judge HIBBLER
Mag. Judge KEYS

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a
pro se party (that is, without an attorney).

_DBA 6841 Kenwood_
_JLW AutoParts sale 70 IL 60637_

NAME: _James Williams_

(Please print)

STREET ADDRESS: _7655 S. Michigan_

CITY/STATE/ZIP: _Chgo IL. 60619_

PHONE NUMBER: _1-773. 783-0359_    **FILED**

J.N    JAN X 3 2008

CASE NUMBER: _____    Jan 3, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_James W. Dobbins_
Signature

_12-24-07_
Date