## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, CHICAGO, ILLINOIS

James Williams d/b/a J & W Auto Parts
And Sales et. al,
    PLAINTIFF,

v.

City of Chicago, Tom Kness, et. al,
    RESPONDENT(s).

08cv51
Judge HIBBLER
Mag. Judge KEYS

### AND AS CONCURRENTLY FILED WITH RECIPROCAL JURISDICTION;

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

FILED
JAN X 3 2008
Jan 3. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAMES WILLIAMS, d/b/a J & W AUTO PARTS &    ) #07 CH 26147
SALES et. al    Plaintiff (s),    )
    ) Judge Leroy K. Martin

CITY OF CHICAGO, TOM KNESS, et al.    )
    Respondent (s).    )

### MOTION TO CONSOLIDATE

COMES NOW, JAMES WILLIAMS d/b/a J & W AUTO PARTS AND SALES, Plaintiff hereof, in the concurrent captioned Courts above, and moves both Courts to consolidate this case with the hereafter listed cases, with severability and individuality of facts, argument and judgment, into one case before a single judge, for expediency and conservation of docket space, further moves both Courts not to consider these individual cases a class action and expressly requests these separate cases, if consolidated, not be determined a single class or class action.

In support of this motion to consolidate, Williams states the following;

1. Williams is Pro Se and not a licensed attorney.

2. This motion to consolidate is filed with the Circuit Court of Cook County, Illinois Ex Post Facto.

3. Both Courts should grant a Pro Se' litigant, not a licensed, attorney an opportunity to amend or correct any technical errors before dismissing any Pro Se litigation.

4. This Pro Se has committed no technical errors to warrant dismissal.

5. Respondents, the City of Chicago, et al; have entered a plea of "No Contest" in a motion for summary judgment.



6. This Plaintiff has agreed to the summary judgment.

7. Respondents included arguments that deny the supremacy clause of the U.S Constitution and said filing is alleged to be unlawful and may be a violation of both Courts' lawyers' code of ethics.

8. Is it permissible for either Court to approve or grant an unlawful filing, and/or assist any attorney to violate a code of ethics?

9. Only a licensed attorney may file and litigate a class action, and this Plaintiff requests both Courts to determine this litigation is not a class action case, but to consolidate before a single judge with severability of judgment.

10. This Plaintiff has corrected all errors and mistakes, if any, by attachment, inclusion, combination and/or notice with his answer filed, 12/24/07, in compliance with the Cook County, Illinois court order of, 12/3/07.
Wherefore Williams pleads the following;

11. Both Courts consolidate the following list of Pro Se cases before one judge, with severability of judgment and facts;

### A. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, CHICAGO, ILLINOIS

James Williams d/b/a J & W Auto Parts and Sales et. al, |
    PLAINTIFF,  | No. 08CV51

**AND AS CONCURRENTLY FILED WITH RECIPROCAL JURISDICTION;**
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
JAMES WILLIAMS, d/b/a J & W AUTO PARTS & SALES et. al    ) #07 CH 26147

### B. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, CHICAGO, ILLINOIS

Jaime Hernandez d/b/a Aztec Trucking, Inc., et. al, |
    PLAINTIFF,    | No. 08CV52

**AND AS CONCURRENTLY FILED WITH RECIPROCAL JURISDICTION;**
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
JAIME HERNANDEZ, d/b/a AZTEC TRUCKING INC., et al.,   )  #07 CH 26147

### C. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, CHICAGO, ILLINOIS

Clemon Lacy d/b/a Lacy Enterprises, et. al, |
    PLAINTIFF,    | No. 08CV53

**AND AS CONCURRENTLY FILED WITH RECIPROCAL JURISDICTION;**
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
CLEMON LACY d/b/a LACY ENTERPRISES, et al.,       )  #07 CH 26147

### D. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, CHICAGO, ILLINOIS

Cannie Shaw d/b/a Tex's Trucking, et. al.,   |
    PLAINTIFF,    | No. 08CV54

**AND AS CONCURRENTLY FILED WITH RECIPROCAL JURISDICTION;**
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
CANNIE SHAW, d/b/a TEX'S TRUCKING, et al.,            ) #07 CH 26147

**E. UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, CHICAILLINOIS**

John Howell d/b/a Howell Trucking, Ltd., et. al,    |
      PLAINTIFF,                                  | No.   08cv51

**AND AS CONCURRENTLY FILED WITH RECIPROCAL JURISDICTION;**
IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, CHICAGO, ILLINOIS
JOHN HOWELL d/b/a HOWELL TRUCKING, LTD., et al.,    ) #07 CH 26147
      PLAINTIFF,

12. Pleads and prays Judge Martin grants this consolidation motion with severability of judgment after the fact (ex post facto.)

    A. Plaintiff agrees to pay from judgment, or by installment, any Court costs and filing fees Judge Martin determines is owed by this Plaintiff, to the Circuit Court of Cook County, Illinois.

13. For such other relief both Courts may deem lawful and equitable.

Affiant not sayeth further.

                        Sworn and certified to be true,

_____
James Williams d/b/a J & W Auto Parts and Sales

Pro Se Plaintiff James Williams
6841 S. Kenwood St.        7655 S. Michigan
Chicago, IL 60637          Chicago, IL 60619
(773) 783-0399