**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 0051 |

JAMES WILLIAMS d/b/a J&W AUTO PARTS & SALES et al., Plaintiffs, v.
CITY OF CHICAGO, TOM KNESS, PAUL VOLPE, and MAYOR RICHARD M. DALEY, Defendants

Judge: William J. Hibbler

Magistrate Judge: Arlander Keys

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants CITY OF CHICAGO, TOM KNESS, PAUL VOLPE, and
MAYOR RICHARD M. DALEY

| |
|---|
| NAME (Type or print) |
| Michael A. Forti |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michael A. Forti |
| FIRM |
| City of Chicago Dept. of Law |
| STREET ADDRESS |
| 30 North La Salle Street, Suite 1230 |
| CITY/STATE/ZIP |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3127929 | 312-744-9018 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I, Michael A. Forti, an attorney, hereby certify that on this day, the 1st day of February 2008, I caused a copy of the foregoing **Appearance of Michael A. Forti on Behalf of Defendants City of Chicago, Tom Kness, Paul Volpe, and Mayor Richard M. Daley** to be served by next day delivery on:

> James Williams
> 7655 S. Michigan
> Chicago, IL 60619

> s/ Michael A. Forti