**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 0051

JAMES WILLIAMS d/b/a J&W AUTO PARTS & SALES et al., Plaintiffs, v.
CITY OF CHICAGO, TOM KNESS, PAUL VOLPE, and MAYOR
RICHARD M. DALEY, Defendants

Judge: William J. Hibbler

Magistrate Judge: Arlander Keys

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants CITY OF CHICAGO, TOM KNESS, PAUL VOLPE, and
MAYOR RICHARD M. DALEY

| | |
|---|---|
| NAME (Type or print) <br> John F. Schomberg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ John F. Schomberg | |
| FIRM <br> City of Chicago Dept. of Law | |
| STREET ADDRESS <br> 30 North La Salle Street, Suite 1230 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6270573 | TELEPHONE NUMBER <br> 312-742-5147 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I, John F. Schomberg, an attorney, hereby certify that on this day, the 1st day of February 2008, I caused a copy of the foregoing **Appearance of John F. Schomberg on Behalf of Defendants City of Chicago, Tom Kness, Paul Volpe, and Mayor Richard M. Daley** to be served by next business day delivery on:

>James Williams
>7655 S. Michigan
>Chicago, IL 60619

>s/ John F. Schomberg