IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| James Williams d/b/a J&W Auto Parts & Sales, Inc. et al., | ) ) | |
| Plaintiffs, | ) ) | No. 08 C 0051 |
| | ) | Judge William J. Hibbler |
| v. | ) ) | |
| | ) | Magistrate Judge Arlander Keys |
| City of Chicago et al., | ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:**   James Williams
7655 S. Michigan
Chicago, IL 60619

    PLEASE TAKE NOTICE that on **Wednesday, February 6, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before The Honorable William J. Hibbler, or any judge sitting in his stead, in **Room 1225** of the Dirksen Federal Courthouse and present **DEFENDANTS' MOTION TO REMAND,** a copy of which is served upon you.

Dated: February 1, 2008

Respectfully submitted,

Mara S. Georges, Corporation Counsel, for the CITY OF CHICAGO, TOM KNESS, PAUL VOLPE, and MAYOR RICHARD M. DALEY

By:   s/ John F. Schomberg
       Assistant Corporation Counsel

MICHAEL A. FORTI
JOHN F. SCHOMBERG
Constitutional and Commercial Litigation Division
City of Chicago Department of Law
30 North La Salle Street, Suite 1230
Chicago, IL  60602
(312) 744-9018/(312) 742-5147