# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 51 | **DATE** | 2/6/2008 |
| **CASE TITLE** | WILLIAMS vs. CITY OF CHICAGO, ET AL | | |

**DOCKET ENTRY TEXT**

MOTION by Defendants Paul Volpe, Richard M Daley, City of Chicago, Tom Kness to remand [12] is granted.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | TP |
|---|---|---|