IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

JAMES WILLIAMS d/b/a J&W AUTO PARTS AND SALES, et. al., ]
                v                                                                  ]   08 C 00051
THE CITY OF CHICAGO, et. al.                                             ]

And as removed, with concurrent and reciprocal jurisdiction in;

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS – CHANCERY DIVISION

JAIME HERNANDEZ d/b/a AZTEC TRUCKING INC., et al.,   ]
                v                                                                  ]   07 CH 26147
THE CITY OF CHICAGO, et. al.                                             ]

## MOTION TO SPEAK AS FRIEND OF THE COURT

    Comes now, Jaime Hernandez d/b/a Aztec Trucking Inc., Pro Se' Plaintiff in the above captioned matters, both are consolidated concurrent reciprocal jurisdiction matters of record in both Courts, and MOVES Judge Gottschall to grant this motion to speak as friend of the court.

1. Hernandez combines and includes a Petition For A Writ of Mandamus and attaches said petition hereto.
2. Request the court take possession of the check.

                                          Certified and sworn to be true,    2-7-08

                                          _d/b/a Aztec Trucking Inc_
                                          Pro Se', Jaime Hernandez d/b/a Aztec Trucking

Jaime Hernandez
Pro Se'
318 Saginaw, Calumet City, IL 60409